Opinion issued November 30, 2006










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-06-00581-CV

____________


IN RE ROBERT J. CAPRIOTTI, M.D.

AND ROBERT J. CAPRIOTTI, M.D., P.A., Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relators Robert J. Capriotti, M.D. and Robert J. Capriotti, M.D., P.A. filed a
petition for a writ of mandamus complaining of Judge McCally's June 9, 2006 order
denying relators' motion to quash the deposition of Robert J. Capriotti, M.D. (1)


 We deny the petition of a writ of mandamus.


PER CURIAM

Panel consists of Justices Taft, Keyes, and Hanks.
1. 
 -